No. 16,810.

CLAUTMAN *v.* VANDERGRIFT.
(250 P. [2d] 139)

Decided October 27, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Messrs. McDOUGAL & KLINGSMITH, for plaintiff in error.

Messrs. PERSHING, BOSWORTH, DICK & DAWSON, Mr. WINSTON S. HOWARD, Mr. ARTHUR K. UNDERWOOD, JR., for defendant in error.